STATE v. CASEY

No. 99P83.

Case below: 60 N.C. App. 414.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1983.

STATE v. COURTRIGHT

No. 75P83.

Case below: 60 N.C. App. 247.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 April 1983.

STATE v. DORSEY

No. 128P83.

Case below: 60 N.C. App. 595.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1983. Motion by Attorney General to dismiss appeal for lack of significant public interest allowed 5 April 1983.

STATE v. EVANS

No. 5P83.

Case below: 59 N.C. App. 738.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1983.

STATE v. GREENE

No. 649PA82.

Case below: 59 N.C. App. 360.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 5 April 1983. Motion of Attorney General to dismiss appeal for lack of significant public interest denied 5 April 1983.